### In the Interest of R., D.A. and R., D.E., Respondents, Appellant.

#### No. 67541.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 20, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1996.

Application to Transfer Denied May 28, 1996.

John R. Bird, St. Louis, for appellant.

Lance C. Bretsnyder, Clayton, for respondent.

Sarah S. Pleban, St. Louis, Guardian ad litem.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Mother of D.E.R., born May 30, 1990, and D.A.R., born May 5, 1991, appeals the trial court's judgment terminating her parental rights. We affirm. The judgment of the juvenile court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).